UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Brian Lunnon, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

         - *against* -

Rigolo Productions LLC, and Rick Rosa,

                              *Defendant.*
----------------------------------------------------------------X

Case No.: 22-cv-07560-RPK-RML

**CERTIFICATE OF DEFAULT**

      I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant Rigolo Productions LLC (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the first amended complaint herein. The default of Defaulting Defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
           March 27, 2023

                                         BRENNA B. MAHONEY, Clerk of Court

                                         By: *Jalitza Poveda*
                                              Deputy Clerk