**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, EASTERN DISTRICT**

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| | |
|---|---|
| BRIAN LUNNON, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br><center>*vs*        *Plaintiff*</center><br>RIGOLO PRODUCTIONS LLC, AND RICK ROSA<br><br><div align="right">*Defendant*</div> | **Index Number**: 1:22-cv-07560-RPK-RML<br><br>**Client's File No.**: lunnon v. rigolo<br><br>**Court Date**:<br><br>**Date Filed**: 12/13/2022 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
JEREMY COLEY, being sworn says:

<div align="right">

# AFFIDAVIT OF SERVICE

</div>

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **8/8/2023**, at **9:58 PM** at: **1329 WILLOUGHBY AVENUE , BROOKLYN, NY 11237** Deponent served the within **Summons in a Civil Action, COMPLAINT, CONSENT TO SUE, CIVIL COVER SHEET**

On: **RICK ROSA**, Defendant therein named.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having went there

**ATTEMPTS:**
07/14/2023 8:10 PM 1329 WILLOUGHBY AVENUE , BROOKLYN, NY 11237
08/07/2023 2:16 PM 1329 WILLOUGHBY AVENUE , BROOKLYN, NY 11237

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of
☐ **#3 OTHER**

☒ **#4 MAILING**
On 08/09/2023, deponent enclosed a copy of same in a postpaid envelope properly addressed to RICK ROSA at 1329 WILLOUGHBY AVENUE , BROOKLYN, NY 11237   [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on 08/09/2023

_____
DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2027

_____
JEREMY COLEY
DCA License # 2112626

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*