**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Brian Lunnon, Margarita Serrano, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

Case No.: 1:22-cv-07560

                               *Plaintiff,*        **CERTIFICATE OF**
**DEFAULT**

        - *against* -

Rigolo Productions LLC, and Rick Rosa,

                               *Defendants.*
-----------------------------------------------------------------X

       I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Rick Rosa (the "Defaulting Defendant") was served on August 8, 2023 [*See* Dckt. No. 17, filed on August 11, 2023]. The Defaulting Defendant has not filed an answer or otherwise moved with respect to the complaint filed on December 13, 2022 [Dckt. No. 1] herein. The default of the Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       September 21, 2023

                                     Brenna B. Mahoney, Clerk of Court

                               By:   *Jalitza Poveda*
                                     Deputy Clerk