UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Brian Lunnon,

                            *Plaintiff*,

          - *against* -

Rigolo Productions LLC, and Rick Rosa,

                           *Defendants*.
----------------------------------------------------------------X

Index No.: 1:22-cv-07560

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK    )
                        ) ss:
COUNTY OF NEW YORK  )

      **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on November 12, 2025, I have served a copy of the November 12, 2025 Report and Recommendation of the Honorable Magistrate Judge Robert M. Levy [Dckt. No. 48] (i) by USPS regular mail; (ii) iMessage; (iii) WhatsApp; and (iv) Email, addressed to the individual(s) as indicated below. Upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Act."

Rick Rosa (a/k/a Juan E. Rosa)
(a/k/a Robert J. Rosa)
5001 5th Street
Long Island City, NY 11101

Rick Rosa (a/k/a Juan E. Rosa)
(a/k/a Robert J. Rosa)
47-37 Vernon Blvd
Queens, 11101

Rick Rosa (a/k/a Juan E. Rosa)
(a/k/a Robert J. Rosa)
1329 Willoughby Ave.
Brooklyn, NY 11237

Rick Rosa (a/k/a Juan E. Rosa)
(a/k/a Robert J. Rosa)
iMessage: (646) 299-2096
WhatsApp: (646) 299-2096
Email: juan.rosa1780@gmail.com

Rigolo Productions LLC
5001 5th Street
Long Island City, NY 11101

Rigolo Productions LLC
47-37 Vernon Blvd
Queens, 11101

Rigolo Productions LLC
1329 Willoughby Ave.
Brooklyn, NY 11237

Rigolo Productions LLC
iMessage: (646) 299-2096
WhatsApp: (646) 299-2096
Email: juan.rosa1780@gmail.com

Dated: New York, New York
       November 12, 2025

                                                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                    By: */s/ Jason Mizrahi*
                                            Jason Mizrahi
                                            420 Lexington Avenue, Suite 2458
                                            New York, NY 10170
                                            Tel. No.:  (212) 792-0048
                                            Email: Jason@levinepstein.com
                                            *Attorneys for Plaintiff*

Cc:

       All Counsel of Record via NYSCEF