UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
BRIAN LUNNON, *on behalf of himself and others*
*similarly situated in the proposed FLSA Collective*
*Action,*

             Plaintiff,                              JUDGMENT

      v.                                       22 CV 7560 (RPK)(RML)

RIGOLO PRODUCTIONS LLC, and RICK ROSA,
*a/k/a Juan E. Rosa a/k/a Robert J. Rosa*
             Defendants.
------------------------------------------------------------- X

      An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on March 10, 2025, adopting the Report and Recommendation of Magistrate Robert M. Levy, dated January 27, 2025, granting Lunnon's motion for default judgment against Defendants; ordering Defendants to pay plaintiff $16,905.00 in damages consisting of $5,140.00 in unpaid wages under both the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"), $5,140.00 in liquidated damages under both the FLSA and NYLL, and $6,625.00 for wage notice and wage statement violations under the NYLL, as well as $10,825.00 in attorneys' fees, $817.10 in costs, $1.27 per day in pre-judgment interest from 7/16/2022 through the date of judgment, and post-judgment interest as set forth in 28 U.S.C. § 1961(a); and the Clerk of Court having calculated the pre-judgment interest at the rate set forth above, and the interest being $1,229.36; it is

      ORDERED and ADJUDGED that Lunnon's motion for default judgment against Defendants is granted; and that Defendants are ordered to pay a total amount of $29,776.46 as well as post-judgment interest as set forth in 28 U.S.C. § 1961(a).

Dated: Brooklyn, NY                              Brenna B. Mahoney
       March 11, 2026                       Clerk of Court

                                         By: /s/Christina Frunzi
                                       Deputy Clerk